■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD WASHINGTON, Appellant. [992 NYS2d 435]—Appeals by the defendant from two judgments of the Supreme Court, Westchester County (Molea, J.), both rendered May 3, 2012, convicting him of criminal sale of a controlled substance in the third degree under indictment No. 11-01415, and robbery in the third degree under superior court information No. 12-00248, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

Contrary to the defendant's contention, the superior court information pursuant to which he entered his plea of guilty was not jurisdictionally defective (*cf. People v Zanghi*, 79 NY2d 815 [1991]; *People v Boston*, 75 NY2d 585 [1990]).

The defendant's arguments regarding the judgment of conviction of criminal sale of a controlled substance in the third degree under indictment No. 11-01415 are without merit. Dillon, J.P., Hall, Roman and Cohen, JJ., concur.